UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Charles N. Shafor, | : | Case Number: 1:19cv860 |
| Plaintiff, | : | |
| v. | : | Judge Susan J. Dlott |
| Commissioner of Social Security, | : | |
| Defendant. | : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate judge reviewed the pleadings and filed with this Court on December 23, 2020 a Report and Recommendation (Doc. 18). No objections have been filed and the time for filing objections expired January 6, 2021.

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the decision of the Commissioner is hereby REVERSED and REMANDED for further proceedings.

IT IS SO ORDERED.

_Susan J. Dlott_
Susan J. Dlott
United States District Judge